UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
HACHETTE FILIPACCHI PRESSE,

               Plaintiff,

      -v-

EVIE MAGAZINE, INC.,

               Defendant.
------------------------------------------------------------------------X

25-CV-3723 (JMF)

ORDER

JESSE M. FURMAN, United States District Judge:

      On **May 19, 2025**, Defendant was served with the Complaint, and proof of service was filed with the Court. *See* ECF No. 11. To date, Defendant has failed to appear in this action. No later than **June 23, 2025**, Plaintiff shall submit a letter addressing whether Plaintiff has had any contact with Defendant or if it has any other reason to believe that Defendant has actual notice of this lawsuit.

      Plaintiff shall serve a copy of this Order electronically and/or by first-class mail on Defendant **within two business days from the date of this Order** and shall file proof of such service **within three business days of the date of this Order**.

      SO ORDERED.

Dated: June 16, 2025
       New York, New York

                                           JESSE M. FURMAN
                                       United States District Judge